ORDERED.

Dated: August 12, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CASE NO: 6:16-bk-03781-KSJ |
| | CHAPTER 7 |
| ROBERT AYALA AND V ANESSA V LANDAU AYALA, | *To cancel hearing scheduled for 9/15/2016 at 10:00 AM* |
| Debtor | |
| _____/ | |

**AGREED ORDER GRANTING DEUTSCHE BANK**
**NATIONAL TRUST COMPANY RELIEF FROM STAY**
**(Re: 1681 Sawgrass Drive Southwest, Palm Bay, Florida 32908-1129)**

**THIS CASE** came on for consideration of the *Motion for Relief from Stay* [ECF No. 14] (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 ("Secured Creditor") and Response to Motion for Relief from Stay [ECF No. 17] ("Response") filed by Trustee Arvind Mahendru ("Chapter 7 Trustee"). The Motion contained negative notice pursuant to Local Rule 2002-4 and the only response was filed by the Chapter 7 Trustee. The Chapter 7 Trustee and Secured Creditor, by and through their respective counsel, having agreed

to the entry of this order, and the Court being otherwise duly advised in the premises, it is:

**ORDERED**:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated effective one hundred twenty (120) days from the date of entry of this Order as to Secured Creditor's, its successors' and assigns', interest in the real property located at 1681 Sawgrass Drive Southwest, Palm Bay, FL 32908-1129 ("Property"), which is legally described as:

> **Lot 17, BRIDGEWATER AT BAYSIDE LAKES, according to the plat thereof as recorded in Plat Book 48, Pages 8 through 12, Public Records of Brevard County, Florida.**

3. Further, the automatic stay may be extended for another sixty (60) days by order of the Court on motion by the Chapter 7 Trustee for good cause limited to the Property being under contract, meaning that a binding agreement exists between a buyer and a seller involving the Property.

4. This Order is entered for the sole purpose of allowing Secured Creditor, its successors and assigns, to pursue its lawful *in rem* remedies as to the Property. Secured Creditor, its successors and assigns, shall neither seek nor obtain any *in personam* relief against the Debtors.

5. Bankruptcy fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay.

6. Any communication by Secured Creditor, its successors and assigns, in connection with proceeding against the Property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential

forbearance agreement, loan modification, refinance agreement, loss mitigation agreement or other loan workout, may be sent directly to the Debtors.

Attorney Reka Beane is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.