UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

ROBERT AYALA                                              CASE NO: 6:16-bk-03781-KSJ
VANESSA V. LANDAU AYALA
_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY RE: 1681 Sawgrass Drive**

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND FOR HEARING**

  Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Building, 400 West Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on movant's attorney, Carlos R. Arias, Esq., 140 North Westmonte Drive, Suite 203, Altamonte Springs, FL 32714.

  If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested .

  Creditor, BRIDGEWATER AT BAYSIDE LAKES HOMEOWNERS ASSOCIATION, INC., (hereafter "Association" or "Movant") hereby moves for relief from stay, praying that the automatic stay of 11 U.S.C. §362(d), Federal Rule of Bankruptcy Procedure 4001(a) and Local Rule 4001-1 be terminated, or modified as to Movant, and naming the Debtors, Robert Ayala and Vanessa V. Landau Ayala, as Respondents herein, and in support thereof would respectfully show as follows:

1

## BACKGROUND

1. This Court has jurisdiction of the parties and the subject matter pursuant to the Bankruptcy Code, 11 U.S.C. §§101 *et seq.*, 28 U.S.C. §1334, 28 U.S.C. §157(a) and the standing order of reference entered by the district court.

2. The Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on June 7, 2016.

3. The Debtors own certain real property located and situated in Brevard County, Florida ("Subject Property"), more particularly described as:

    Lot 17, BRIDGEWATER AT BAYSIDE LAKES, according to the plat thereof as recorded in Plat Book 48, Pages 8 through 12, of the Public Records of Brevard County, Florida.

    A/K/A    1681 Sawgrass Drive SW, Palm Bay, FL 32908

4. The Subject Property has not been claimed as exempt by the Debtors nor has the Subject Property been abandoned by the Bankruptcy Trustee.

5. The Subject Property is located within those lands subject to that certain Declaration of Covenants, Conditions and Restrictions Bridgewater at Bayside Lakes Subdivision, recorded in Official Records Book 4623, Page 1996, *et seq.*, of the Public Records of Brevard County, Florida, as amended and supplemented (hereinafter referred to as "Declaration"). A copy of the pertinent provisions of the Declaration are attached hereto as **Composite Exhibit "A."**

6. Movant is a Florida not for profit corporation which has such powers and responsibilities as are granted to it by Florida Statutes Chapters 617 and 720 to act as a homeowners' association and has the authority and duty to assess and collect such amounts as it determines are necessary for the operation and maintenance under the Declaration.

7. Movant prior to the commencement of the instant Petition in Bankruptcy had filed a Claim of Lien against the Debtors' real property as described above which is recorded in Official Records Book 7448, Page 2001 of the Public Records of Brevard County, Florida.  **A copy of which is attached hereto as Exhibit "B".**

8. Additionally, Movant has been awarded a Final Judgment of Foreclosure in a state court collection action against the Debtors' real property as described above dated March 24, 2016 and recorded in Official Records Book 7585, Page 1201, of the Public Records of Brevard County, Florida.  **A copy of which is attached hereto as Exhibit "C".**

9. Movant has been stayed from proceeding with state court collection actions against the Debtors by the filing of the Chapter 7 Petition.

## RELIEF REQUESTED

10. By this Motion, Movant requests for relief from the automatic stay under 11 U.S.C. §362(d) to pursue all available *in rem* remedies against the Property under applicable law including the commencement of a foreclosure action against the Property. For the reasons stated below, Movant believes that good cause exists for the relief requested.

11. Under section 362(d)(1), the automatic stay shall be terminated for "cause" shown by a party in interest, including "the lack of adequate protection of an interest in property of such party in interest."

12. Compelling grounds exist for stay relief in favor of Movant under section 362(d) based on the lack of adequate protection.

13. Movant seeks the award of bankruptcy fees and costs of $426.00 for prosecution of this Motion or that a state court judge be permitted to award bankruptcy fees and costs against the property only.

**CONCLUSION**

14. For the foregoing reasons, the Court should grant stay relief in favor of Movant to allow it to pursue all *in rem* remedies against the Subject Property and allow the Movant to proceed with their lien foreclosure and rescheduling of the Foreclosure Sale.

WHEREFORE, BRIDGEWATER AT BAYSIDE LAKES HOMEOWNERS ASSOCIATION, INC., respectfully requests that the Court enter an order granting the Motion; an award of bankruptcy fees and costs for the prosecution of this Motion or that a state court judge be permitted to award bankruptcy fees and costs and such other and further relief that the Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR RELIEF FROM AUTOMATIC STAY, together with all attached exhibits, was furnished by electronic transmission and/or U.S. Mail, postage prepaid, to the parties listed on the attached Schedule "A" this 4TH day of October, 2016.

                                          */s/ Carlos R. Arias, Esq.*
                                          Carlos R. Arias, Esquire
                                          carias@ablawfl.com
                                          Florida Bar No.: 0820911
                                          Arias Bosinger, PLLC
                                          140 N. Westmonte Dr., Ste. 203
                                          Altamonte Springs, Florida 32714
                                          (407) 636-2549

SCHEDULE "A"

Robert Ayala
1681 Sawgrass Drive
Palm Bay, FL 32908

Vanessa V. Landau Ayala
1681 Sawgrass Drive
Palm Bay, FL 32908

Elayne M. Perez, Esquire
Elayne M. Perez, P.A.
746 North Magnolia Avenue
Orlando, FL 32803

Arvind Mahendru, Trustee
5703 Red Bug Lake Road, Suite 284
Winter Springs, FL 32708

U.S. Trustee
United States Trustee – ORL7/13, 7
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801