[jiffyord] [Bench Order +]

ORDERED.

**Dated:   December 12, 2016**

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                            Case No. 6:16−bk−03781−KSJ
                                                                                       Chapter 7
Robert Ayala

Vanessa V Landau Ayala
aka  Vanessa V Landau
aka  Vanessa Vega−Landau
aka  Vanessa L Vega

_____Debtor*_____/

**ORDER DENYING MOTION FOR RELIEF FROM STAY (NOT FOR AMENDED MOTIONS)**

   THIS CASE came on for hearing on  December 12, 2016 , for consideration of the **Motion for Relief from Stay (not for amended motions)** (Doc. **27** ), filed by **Carlos Arias** .

   For the reasons stated orally and recorded in open court, the Motion for Relief from Stay (not for amended motions) is Denied .

   Denied for lack of prosecution.

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   Attorney Carlos Arias is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.