UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

Case No.: 16-03781
Chapter 7

ROBERT AYALA
VANESSA AYALA

Debtor(s) /

**JOINT MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Comes now Arvind Mahendru, the Chapter 7 Trustee in this action, and files this Motion for Reconsideration of Order Denying Motion for Relief of Automatic Stay ("Motion") filed by Bridgewater at Bayside Lakes Homeowners Association states as follows:

1. Bayside Lakes Homeowners Association filed a Motion for Relief from the automatic Stay (DE #27).
2. The Trustee and Movant reached an agreement and submitted an agreed order on the Motion for Relief.
3. The parties inadvertently assumed the agreed order was signed prior to the hearing on December 12, 2016.
4. This Court entered an Order denying the Motion for Relief from Stay (DE #35).

WHEREFORE, the trustee moves this Court to enter its order as follows: (a) granting the motion so that the parties may submit an agreed order and (b) for such further relief as this Court deems just and reasonable.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first-class United State Mail, postage prepaid, or via electronic file transfer this December 16, 2016, to Debtor(s), Robert AyalaVanessa V Landau Ayala 1681 SAWGRASS DRIVE, PALM BAY, FL 32908; Elayne M. PerezElayne M. Perez, PA, 746 N. Magnolia Avenue, Orlando, FL

332803 and to the United States Trustee's Office, Via Electronic Mail and Carlos Arias, Esq. via ECF.

/s/ Arvind Mahendru, Trustee
Arvind Mahendru, Trustee
5703 Red Bug Lake Rd. #284
Winter Springs Florida, 32708
(407) 504-2462