UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

Case No.: 16-03781
Chapter 7

ROBERT AYALA
VANESSA AYALA

　　　　　　　　　　　Debtor(s)　　　/

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT:** A preliminary hearing will be held on March 7, 2017 at 11:00 a.m. in Courtroom #6A on the 6th floor, 400 W Washington St, Orlando FL 32801, before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, to consider and act upon the following:

Motion for Reconsideration (DE# 36)

Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman. The hearing may be continued upon announcement made in open Court with further notice. Due to heightened security procedures persons must present photo identification to enter the courthouse.

I HEREBY CERTIFY that on this 26th day of January 2017, at true and correct copy of the foregoing has been furnished by CM/ECF Electronic Mail or by US Mail to all parties listed below:

*CM/ECF to:*

Carlos R Arias on behalf of Creditor Bridgewater at Bayside Lakes Homeowners Association, Inc. via ECF

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL  32801

Elayne M. Perez, PA, via ECF

*US Mail to:*

Debtors: 1681 SAWGRASS DRIVE, PALM, BAY, FL 32908;

                                            **/s/ Arvind Mahendru**
                                            ARVIND MAHENDRU, ESQ
                                            5703 Red Bug Lake Rd. #284
                                            Winter Springs Florida 32708
                                            Telephone: (407) 504-2462
                                            amtrustee@gmail.com