ORDERED.

**Dated: February 16, 2017**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 16-03781
Chapter 7

ROBERT AYALA
VANESSA AYALA

Debtor(s) /

**ORDER GRANTING MOTION FOR RECONSIDERATION**

This case came before the court on February 14, 2017 to consider and act upon the Motion for Reconsideration of Order Denying Motion for Relief of Automatic Stay (DE # 36). Accordingly, it is

ORDERED AND ADJUDGED:

1. The Order denying Motion for Relief from Stay (DE #35) is vacated.

Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.