ORDERED.

**Dated: June 09, 2017**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

Case No.: 16-03781
Chapter 7

ROBERTY AYALA
VANESSA AYALA

Debtor(s) /

**ORDER GRANTING MOTION TO EXPEDITE HEARING**

This case came before the court to consider and act upon the Trustee’s Motion to Expedite Hearing (Doc. No. 46) (“the Motion”). The Court considered the record and position of the parties.

Accordingly, it is ORDERED AND ADJUDGED:

1. The Motion is Granted.

2. A preliminary hearing on Trustee’s Motion to Sell Property Free and Clear of Liens is set for June 21, 2017 at 11 a.m.

Trustee Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.